

6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JORJ MICHAEL AUSTIN,

          Defendant.

_____/

Case: 2:22-cr-20202
Judge: Hood, Denise Page
MJ: Patti, Anthony P.
Filed: 04-12-2022
INDI USA VS AUSTIN (DP)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### ATTEMPTED SEXUAL EXPLOITATION OF CHILDREN
### (18 U.S.C. §§ 2251(a) and 2251(e))

On or about April 4, 2021, in the Eastern District of Michigan, the defendant, JORJ MICHAEL AUSTIN, did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported using a facility of interstate commerce and in and affecting interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a) and 2251(e).

## COUNT TWO
## SEXUAL EXPLOITATION OF CHILDREN
## (18 U.S.C. §§ 2251(a) and 2251(e))

On or about November 16, 2021, in the Eastern District of Michigan, the defendant, JORJ MICHAEL AUSTIN, did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim One (MV-1), a female born in 2005, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct; knowing and having reason to know that such visual depiction would be transported using a facility of interstate commerce and in and affecting interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a) and 2251(e).

## COUNT THREE
## DISTRIBUTION OF CHILD PORNOGRAPHY
## (18 U.S.C. § 2252A(a)(2))

On or about November 24, 2021, in the Eastern District of Michigan, the defendant, JORJ MICHAEL AUSTIN, did knowingly receive material that contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT FOUR
## POSSESSION OF CHILD PORNOGRAPHY
## (18 U.S.C. § 2252A(a)(5)(B))

On or about December 28, 2021, in the Eastern District of Michigan the defendant, JORJ MICHAEL AUSTIN, knowingly possessed material that contained child pornography, as defined in 18 U.S.C. § 2256(8)(A); that the aforementioned child pornography had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, including a computer, that was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including a computer, in violation of 18 U.S.C. § 2252A(a)(5)(B).

## FORFEITURE ALLEGATIONS
## (18 U.S.C. § 2253(a))

The allegations contained in Counts One, Two, Three, and Four of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a).

Upon conviction of the offenses alleged in this Indictment, JORJ MICHAEL AUSTIN, shall, pursuant to 18 U.S.C. § 2253(a), forfeit to the United States the following:

    i.    any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction,

       which was produced, transported, mailed, shipped, or received in violation of this chapter;

ii.    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii.   any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

**Substitute Assets**. Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the

*[Space left intentionally blank.]*

jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*s/Christopher W. Rawsthorne*
CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9160
Christopher.Rawsthorne@usdoj.gov

Dated: April 12, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

Case Title: USA v. JORJ MICHAEL AUSTIN

County where offense occurred: Wayne and elsewhere

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 22-mj-30082   ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

### Superseding Case Information

Superseding to Case No: _____   Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 12, 2022
Date

Christopher W. Rawsthorne
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9160
Fax:   (313) 226-2372
E-Mail address: christopher.rawsthorne@usdoj.gov
Attorney Bar #: P84401

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.