UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
MAR 13 2024
CLERK'S OFFICE
DETROIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-20202 |
| v. | Hon. Nancy G. Edmunds |
| JORJ MICHAEL AUSTIN, | Violations:<br>18 U.S.C. § 1201(a), 1201(g)<br>18 U.S.C. §§ 2251(a), 2251(e)<br>18 U.S.C. § 2252A(a)(2)<br>18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | |
| _____ / | |

### SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. §§ 2251(a) and 2251(e)
*Attempted Sexual Exploitation of Children*

On or about April 4, 2021, in the Eastern District of Michigan, and elsewhere, the defendant, JORJ MICHAEL AUSTIN, knowingly attempted to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know: that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any

means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

**COUNT TWO**
18 U.S.C. § 2251(a)
*Sexual Exploitation of Children*

Beginning on or about August 1, 2021 and continuing through October 31, 2021, in the Eastern District of Michigan, and elsewhere, the defendant, JORJ MICHAEL AUSTIN, knowingly employed, used, persuaded, induced, enticed, and coerced Minor Victim One (MV-1), a female born in 2005, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know: that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a).

## COUNT THREE
18 U.S.C. § 2251(a)
*Sexual Exploitation of Children*

On or about November 16, 2021, in the Eastern District of Michigan, and elsewhere, the defendant, JORJ MICHAEL AUSTIN, knowingly employed, used, persuaded, induced, enticed, and coerced Minor Victim One (MV-1), a female born in 2005, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know: that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR
18 U.S.C. § 2252A(a)(2)
*Distribution of Child Pornography*

On or about November 24, 2021, in the Eastern District of Michigan, and elsewhere, the defendant, JORJ MICHAEL AUSTIN, knowingly distributed child pornography, as defined in 18 U.S.C. § 2256(8), using a means and facility of interstate and foreign commerce; and the child pornography was mailed, shipped,

3

and transported in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT FIVE
18 U.S.C. §§ 2251(a) and 2251(e)
*Attempted Sexual Exploitation of Children*

On or about December 11, 2021, in the Eastern District of Michigan, and elsewhere, the defendant, JORJ MICHAEL AUSTIN, knowingly attempted to employ, use, persuade, induce, entice, and coerce Minor Victim One (MV-1), a female born in 2005, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know: that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT SIX
18 U.S.C. §§ 1201(a) and 1201(g)
*Kidnapping of a Minor*

Beginning on or about December 20, 2021 and continuing until December 28, 2021, in the Eastern District of Michigan, and elsewhere, the defendant, JORJ

MICHAEL AUSTIN, unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away and held for ransom and reward and otherwise, Minor Victim One (MV-1), who had not attained the age of 18 years, and in committing and in furtherance of the commission of the offense, transported MV-1 in interstate commerce, traveled in interstate commerce, and used a means, facility, and instrumentality of interstate commerce, that being motor vehicles, cellular phones, and cellular networks; and at the time of the offense JORJ MICHAEL AUSTIN had attained the age of eighteen years, and was not an individual having legal custody over MV-1; all in violation of Title 18, United States Code, Sections 1201(a) and 1201(g).

### COUNT SEVEN
18 U.S.C. § 2252A(a)(5)(B)
*Possession of Child Pornography*

On or about December 28, 2021, in the Eastern District of Michigan, and elsewhere, the defendant, JORJ MICHAEL AUSTIN, knowingly possessed child pornography, as defined in 18 U.S.C. § 2256(8)(A), which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce and in and affecting foreign commerce; and the child pornography was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATIONS
18 U.S.C. § 2253(a)

The allegations contained in Counts One, Two, Three, Four, Five, and Six of this Superseding Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a).

Upon conviction of one or more of the offenses alleged in this Superseding Indictment, JORJ MICHAEL AUSTIN, shall, pursuant to 18 U.S.C. § 2253(a), forfeit to the United States the following:

i. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter;

ii. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

iii. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

**Substitute Assets**. Pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), the defendant shall forfeit substitute property, up to the value of the property described above, if, by any act or omission of the defendant, the property

6

described above cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

**THIS IS A TRUE BILL**.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Sara Woodward*
SARA WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney


*s/ Christopher W. Rawthorne*
Christopher W. Rawthorne
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9160
Christopher.Rawsthorne@usdoj.gov


*s/ Diane N. Princ*
Diane N. Princ
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9524
Diane.Princ@usdoj.gov


Dated: March 13, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: DNP |

**Case Title:** USA v. Jorj Michael Austin

**County where offense occurred :** _____

**Check One:** ☒ Felony  ☐ Misdemeanor  ☐ Petty

____Indictment/____Information --- **no prior complaint.**
____Indictment/____Information --- **based upon prior complaint** [Case number: ____]
_✓_Indictment/____Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** 22-cr-20202     **Judge:** Nancy G. Edmunds

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| Jorj Michael Austin | 18 U.S.C. §1201(a)(g) | 22-MJ-30082 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 13, 2024
Date

Diane Princ
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9524
E-Mail address: Diane.Princ@usdoj.gov
Bar # NY 4781159

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.