# US DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**v.**
                                                   **Case No. 22-20202**
                                                 **Hon. Nancy Edmunds**

**JORJ MICHAEL AUSTIN,**

        **Defendant.**

| | |
|---|---|
| UNITED STATES ATTORNEY<br>Dawn Ison (P43111)<br>Attorneys for the Government<br>211 W. Fort Street, Suite 2001<br>Detroit, MI<br>313.226.9100 office | AMBERG & AMBERG, PLLC<br>James W. Amberg (P68564)<br>Attorneys for the Defendant<br>32121 Woodward Ave, Ste PH<br>Royal Oak, MI 48073<br>248.681.6255 office<br>248.681.0115 fax<br>www.amberglaw.net |

AMBERG & AMBERG, PLLC
ATTORNEYS AND COUNSELORS
32121 WOODWARD AVENUE, PH
ROYAL OAK, MI 48073
WWW.AMBERGLAW.NET

(248) 681-6255

## NOTICE OF APPEAL

### *Certificate of Service*

---

      Mr. Austin, through his CJA Appointed attorney James Amberg, hereby enters his Notice of Appeal of the Court's Order denying his 2nd Motion for Revocation of Detention Order (ECF 62) to the US Court of Appeals for the Sixth Circuit, subject to his contemporaneously filed Motion for Extension of Time To Appeal.

                    Respectfully submitted,

                    */s/James W. Amberg*
                    AMBERG & AMBERG, PLLC
                    James W. Amberg P68564
                    Attorneys for Jorj Austin
                    32121 Woodward Ave. Suite PH
                    Royal Oak, MI 48073
                    248.681.6255

248.681.0115 (fax)

Dated:  March 21, 2024

AMBERG & AMBERG, PLLC
ATTORNEYS AND COUNSELORS
32121 WOODWARD AVENUE, PH
ROYAL OAK, MI 48073
WWW.AMBERGLAW.NET

(248) 681-6255