# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: July 23, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 24-1235, *USA v. Jorj Austin*
Originating Case No. 2:22-cr-20202-1

Dear Ms. Essix:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Michelle Lambert, Case Manager

cc: Mr. James W. Amberg
    Ms. Diane Nicole Princ
    Mr. Christopher Rawsthorne

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-1235

_____

Filed: July 23, 2024

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JORJ MICHAEL AUSTIN

    Defendant - Appellant

## MANDATE

    Pursuant to the court's disposition that was filed 06/28/2024 the mandate for this case hereby issues today.

 COSTS: None