UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America, | Criminal No. 22-CR-20202 |
| Plaintiff, | Hon. Nancy G. Edmunds<br>United States District Judge |
| v. | |
| Jorj Michael Austin, | |
| Defendant. | |

**Stipulation and Order to Continue the Motion Cut-off,
the Plea Cut-off, and Trial and Find Excludable Delay**

The parties, by their respective counsel, stipulate that the motion cut-off, plea hearing, final pretrial conference and trial dates be adjourned for approximately 35 days. The adjournment will allow the parties additional time to exchange and review discovery, contemplate pretrial motions and engage in plea negotiations. The parties agree that such an adjournment serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because both parties need time to prepare for trial. The parties agree, and ask the court to find, that the amount of time between the current trial date of October 28, 2025 to the new trial date be excluded, under 18 U.S.C. § 3161(h)(7)(A), from calculating the amount of time in

which the defendant must be tried under the Speedy Trial Act.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/CHRISTOPHER W. RAWSTHORNE
Assistant United States Attorney
600 Church Street, Ste. 210
Flint, Michigan 48502
Phone: (810) 766-5032
Email: Christopher.Rawsthorne@usdoj.gov

s/JAMES AMBERG
Amberg & Amberg, PPLC
32121 Woodward Ave., Suite PH
Royal Oak, MI 48073
Phone: (248) 681-6255
Email: jamberg@amberglaw.net

Dated: October 7, 2025

## Order Continuing the Motion Cut-off, the
## Plea Cut-off, and Trial and Finding Excludable Delay

IT IS SO ORDERED:

The dates in this matter are reset as follows:

Motion Cutoff is reset for October 28, 2025;

Plea Hearing/cutoff is reset for November 18, 2025;

Final Pretrial Conference is reset for November 18, 2025, at 11:30 a.m.;

Jury Trial is reset for December 2, 2025, at 9:00 a.m.

IT IS FURTHER ORDERED:

The amount of time between the current trial date of October 28, 2025 to the new trial date shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Entered: October 10, 2025

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge