UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                  Plaintiff,

v.                                                              Case No. 2:22–cr–20202–NGE–APP
                                                                      Hon. Nancy G. Edmunds

Jorj Michael Austin,

                  Defendant(s),

_____

**NOTICE TO APPEAR**

    The following defendant(s) are hereby notified to appear:  Jorj Michael Austin

    The defendant(s) shall appear before District Judge Nancy G. Edmunds at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 811, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  October 27, 2025 at 01:30 PM

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                           By: s/Marlena A Williams
                                                                   Case Manager

Dated:  October 22, 2025