UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                     Plaintiff,

v.                                              Case No. 2:22−cr−20202−NGE−APP
                                              Hon. Nancy G. Edmunds

Jorj Michael Austin,

                     Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Nancy G. Edmunds as follows:

Attorneys for the following parties are hereby notified to participate: Jorj Michael Austin

- STATUS CONFERENCE: November 3, 2025 at 11:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Attorney Only Conference

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/Marlena A Williams
                                                              Case Manager

Dated: October 30, 2025